UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY LEE LUTZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:14-CV-0317-JTR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is Defendant's Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings, including a *de novo* hearing, pursuant to sentence six of 42 U.S.C. § 405(g). ECF No. 11. Attorney Dana Madsen represents Plaintiff; Special Assistant United States Attorney Danielle R. Mroczek represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8.

Plaintiff filed his complaint in this matter on September 26, 2014. ECF No. 1. Defendant has not yet filed an answer to the complaint. Pursuant to sentence six of 42 U.S.C. § 405(g), the Court may remand the case to the Commissioner for good cause shown before an answer is filed and retain jurisdiction. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101 n. 2 (1991). Here, Defendant asserts that a

ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 1

remand is necessary because significant portions of the recording of the administrative hearing held on June 13, 2013, are inaudible.  ECF No. 12 ¶ 4.  Plaintiff's counsel does not object to Defendant's request for a sentence six remand.  ECF No. 12 ¶ 6.  After considering the file and proposed order, the Court finds good cause exists for the matter to be remanded for a *de novo* hearing and new decision.  Accordingly,

**IT IS ORDERED:**

1. The Defendant's Motion For Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), **ECF No. 11**, is **GRANTED**.

2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings, including a *de novo* hearing, pursuant to sentence six of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing, further update the medical record as deemed necessary, and issue a new decision.

3. The Court shall maintain jurisdiction of this action pursuant to 42 U.S.C. § 405(g).  If the outcome is still unfavorable to Plaintiff, he may seek judicial review by reinstating this case rather than by filing a new complaint.

The District Court Executive is directed to enter this Order, forward copies of the Order to counsel, and **ADMINISTRATIVELY CLOSE THE FILE**.

DATED December 2, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 2